IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLANCA LIDIA BONILLA, on behalf of herself and all others similarly situated,<br><br>        Plaintiff(s),<br>  v.<br><br>FRESH EXPRESS INCORPORATED,<br><br>        Defendant(s). | CASE NO. 5:12-cv-00783 EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the anticipated settlement of this action (see Docket Item No. 18), the court finds that a Case Management Conference is unnecessary at this time.  Accordingly, the Case Management Conference scheduled for October 5, 2012, and all other associated deadlines are VACATED.

The court schedules the hearing on the anticipated motion for preliminary approval of class action settlement for **December 7, 2012.**  The parties file the motion in accordance with the notice provisions provided by Civil Local Rule 7.

The motion to appear by telephone (see Docket Item No. 17) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: September 13, 2012



EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-00783 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE