STUART CHANDLER 088969
Stuart R. Chandler, a Professional Corporation
761 E. Locust, Suite 101
Fresno, California 93720
Phone (559) 431-7770
Fax: (559) 431-7778
stuart@chandlerlaw.com

Philip A. Downey (admitted *pro hac vice*)
Pennsylvania Bar ID No. 81603
The Downey Law Firm, LLC
P.O. Box 1021
Unionville, PA 19375
Phone: (610) 324-2848
Fax: (610) 813-4579
downeyjustice@gmail.com

Daniel P. Hunt, SBN 239412
The Downey Law Firm, LLC
P.O. Box 3040
South Pasadena, California 91031
Phone: (310) 254-4266
Fax: (610) 813-4579

Attorneys for Plaintiff and the proposed Class

MICHELLE B. HEVERLY, Bar No. 178660
MARLENE S. MURACO, Bar No. 154240
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Blanca, CA  95113.2303
Telephone:     408.998.4150
Fax No.:         408.288.5686
mheverly@littler.com
mmuraco@littler.com

Attorneys for Defendant
FRESH EXPRESS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BLANCA LIDIA BONILLA, on behalf of herself and on behalf of all other similarly situated individuals,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FRESH EXPRESS INCORPORATED, a Delaware corporation; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:12-cv-00783-EJD<br><br>Assigned to the Hon. Edward J. Davila<br><br>**JOINT STIPULATION TO DISMISS CASE**<br><br>**Complaint Filed:   2/17/2012**<br>**Trial Date:            None Set** |

– 1 –

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), it is hereby stipulated by and between Plaintiff BLANCA LIDIA BONILLA and Defendant FRESH EXPRESS INCORPORATED, through their attorneys of record, as follows:

1) On or about July 20, 2012, approximately five months after the filing of the instant action in federal court, Defendant represented to Plaintiff that Defendant is in fact a California entity, a corporation with its principle place of business in Salinas, California. For purposes of this stipulation, Plaintiff does not dispute that representation. The parties therefore agree that diversity jurisdiction does not exist under 28 U.S.C. Section 1332, and no other basis for federal jurisdiction has been alleged. As a result, the proper venue for Plaintiff's claims lies in the California Superior Court;

2) Plaintiff will file an action in state court within 30 days of this Court's order dismissing this action in accordance with this stipulation;

3) The parties request that the above-captioned action be dismissed without prejudice in its entirety as to all claims and all parties;

4) The parties agree that in the state court action to be filed by Plaintiff there will be a tolling of claims from the date this action was filed (February 17, 2012) until the date Plaintiff files in state court, as long as Plaintiff files the state court action within 30 days of the dismissal of this case. That is, the claims made in this federal court action by Plaintiff on her behalf and on behalf of others similarly situated, when alleged in the state court action to be filed by Plaintiff individually and on behalf of others similarly situated, will be for claims arising up until February 17, 2012 and ongoing until resolution, and dating back to the times prior to that as allowed by the applicable statutes of limitations depending on the bases of the various claims made. By this agreement Defendant does not admit that any of the claims made by Plaintiff have merit or that they were timely made when this action was filed on February 17, 2012. Defendant only agrees to treat the state court action to be filed as though it had been filed on February 17, 2012.

////

////

Pursuant to Local Rule 5-1(i)(3), Daniel P. Hunt attests that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

THE DOWNEY LAW FIRM, LLC

Dated: October 11, 2012        /s/ Daniel P. Hunt
By: Daniel P. Hunt
Attorneys for Plaintiff and the proposed Class

LITTLER MENDELSON

Dated: October 11, 2012        /s/ Michelle B. Heverly
By: Michelle B. Heverly
Attorneys for Defendant FRESH EXPRESS INC.

IT IS SO ORDERED

The Clerk shall close this file.

Dated: October 15, 2012

United States District Judge
Edward J. Davila

– 3 –

5:12-cv-00783-EJD       JOINT STIPULATION TO DISMISS CASE